AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Claude Ruffin and Ali Shabazz )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 16-cv-1538 ILG-RLM
The City of New York, and John Doe Police Officers )
1-15, )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of New York
100 Church Street
New York NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David Thompson
Stecklow & Thompson
217 Centre Street 6th Floor
New York, NY 10013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

3/30/2016

Date: 03/29/2016 XXXXXXXXXXXXXXXX

*DOUGLAS C. PALMER*
*CLERK OF COURT*

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

