# DAVID A. THOMPSON
## STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL:   (212) 566-8000
FAX:   (212) 202-4952
DAVE@SCTLAW.NYC

March 30, 2016

**BY ECF**

Senior Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Ruffin et ano v. City of New York, et al., 16-cv-01538-ILG-RLM
      Davis v. City of New York, et al., 16-cv-01539-KAM-VMS

Dear Honorable Judges Glasser and Matsumoto:

I write as the attorney for the plaintiffs in the above-captioned cases. The two cases referenced above are related cases. By an oversight, when I filed these cases yesterday, I failed to identify the latter-filed case (Davis) as related to the earlier-filed one (Ruffin). I apologize for this oversight and for any complications it may have caused. I will ensure that the clerk's office is made aware of the situation.

Respectfully submitted,

David Thompson