

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Elissa B. Jacobs
*Special Federal Litigation*
(212) 356-3540
(212) 356-3509 (fax)
ejacobs@law.nyc.gov

August 16, 2016

**By ECF**
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    Henry Davis v. City of New York, et al.,
                  1:16-cv-1539-KAM-RLM

                  Claude Ruffin, et ano., v. City of New York, et al.,
                  1:16-cv-1538-ILG-RLM

Your Honor:

       I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of The City of New York, representing the defendant The City of New York in these related actions. I am writing to request an additional two weeks for the City's to answer or otherwise respond to the complaint from today, August 16, 2016 to August 30, 2016. Plaintiffs' counsel, David Thompson, consents to this request.

       Plaintiffs allege in their complaints that they were falsely arrested, subjected to excessive force and that plaintiffs' Shabazz and Davis were maliciously prosecuted. These claims all arise out of an incident that occurred on December 31, 2014 at the Borden Avenue Residence in Queens. As stated in the initial request for additional time, this office requires a release pursuant to C.P.L. 160.50 in order to obtain the relevant documents. As plaintiffs have only provided that release today, defendants require additional time to obtain these documents in order to respond to the Complaint. This brief extension of time in these cases will allow this office to obtain the documents necessary to investigate these allegations and respond to them.

      Accordingly, we respectfully request that the City's time to respond to the complaint be enlarged to August 30, 2016. The City has previously made one application for the relief sought herein. Thank you for your consideration of this request.

                                                                                     Respectfully submitted,

                                                                                                          /s

                                                                                   Elissa B. Jacobs

cc:      David Thompson Esq.      **By ECF**
          *Attorney for Plaintiffs*