UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
**CLAUDE RUFFIN, et al.**,

                Plaintiffs,                <u>ORDER</u>

      -against-                16-CV-1538 (KAM)

**THE CITY OF NEW YORK, et al.**,

                Defendants.
-------------------------------------------------------------x
**HENRY DAVIS**,

                Plaintiffs,                16-CV-1539 (KAM)

      -against-

**THE CITY OF NEW YORK, et al.**,

                Defendants.
-------------------------------------------------------------x

      The Court has reviewed counsel's responses to the Court's September 12th Order To Show Cause, and accepts their apologies and explanations for having failed to appear at the initial conference scheduled for that day.

      Defendants' motion to adjourn the rescheduled September 20th conference, with the consent of plaintiffs' counsel, is granted in substantial part. The initial conference is adjourned *sine die*. Counsel are directed to confer and, by September 19, 2016, to jointly notify the Court, via ECF, whether they would like the Court to conduct a settlement conference at the same proceeding as the initial conference. The Court will then reschedule the proceeding.

      Counsel are reminded to complete initial disclosures before the conference, and,

particularly if the parties would like to discuss settlement, to disclose the documentary evidence referenced in their initial disclosures in advance of that proceeding.

        **SO ORDERED.**

**Dated:**       **Brooklyn, New York**
                **September 15, 2016**

                                    /s/    *Roanne L. Mann*
                                    **ROANNE L. MANN**
                                    **CHIEF UNITED STATES MAGISTRATE JUDGE**