# DAVID A. THOMPSON
# STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL:   (212) 566-8000
FAX:   (212) 202-4952
DAVE@SCTLAW.NYC

September 19, 2016

**BY ECF**
Chief Mag. Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Ruffin et al v. The City Of New York et al., 16-cv-01538-KAM-RLM
> Davis v. The City Of New York et al., 16-cv-01539-KAM-RLM

Dear Honorable Judge Mann:

I write as attorney for the plaintiffs in the two above-captioned actions. Please accept this joint letter as required by this Court's order of September 15, 2016, (Docket #16).

Counsel for plaintiffs and for defendants have conferred, and respectfully request this Court to schedule a settlement conferences for the Ruffin / Shabazz matter at the Court's earliest convenience. The parties will have exchanged initial disclosures prior to the settlement conference.

Both parties additionally anticipate seeking a settlement conference in Davis. However, counsel are presentl still investigating this matter and anticipate being prepared to request a settlement conference in this matter in approximately thirty (30) days.

Respectfully submitted,

David Thompson