ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Sept. 29, 2016  
START: 10:00 a.m.  
END: 12:45 pm

DOCKET NO. 16-CV-1538 (KAM) Ruffin, et al. v. The City of New York, et al.  
CASE 16-CV-1539 (KAM) Davis v. The City of New York, et al.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [x] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Wylie Stecklow |
| | David Thompson |
| | w/ plaintiffs Ruffin + Shabazz |

| DEFENDANT | ATTORNEY |
|---|---|
| | Elissa Jacobs |
| | Debra March |
| | |

- [ ] FACT DISCOVERY TO BE COMPLETED BY February 28, 2017
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a settlement conference in Ruffin/Shabazz. The parties shall respond to the Court's settlement proposals in that case by September 30, 2016. Automatic disclosures in Davis shall be served by October 11, 2016. Pleadings may be amended in both cases and new parties added until November 28, 2016. A joint updated status report in Davis is due by October 25, 2016 and is due by February 14, 2017 in both cases.