

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Elissa B. Jacobs**<br>*Special Federal Litigation*<br>(212) 356-3540<br>(212) 356-3509 (fax)<br>ejacobs@law.nyc.gov |

September 30, 2016

**By ECF**
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Claude Ruffin, et ano., v. City of New York, et al.,
       1:16-cv-1538-ILG-RLM

Your Honor:

  I am an Senior Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of The City of New York, representing the defendant The City of New York in this actions. I am writing to request an extension of time until Tuesday, October 4th to respond to Your Honor's recommendation regarding settlement in the above-captioned case for both myself and plaintiffs. Plaintiffs' counsel, David Thompson, consents to this request. At the conference yesterday, Your Honor gave the parties until close of business today to respond to the Courts recommendation. Unbeknownst to me at the time, some of the individuals with whom I need to speak were out of the office yesterday and today. I therefore require additional time to confer with my client in order to respond to the recommendation. As Monday is a holiday, I am requesting until Tuesday to respond.

  Thank you for your attention to this matter.

                 Respectfully submitted,

                 /s

                 Elissa B. Jacobs

cc: David Thompson Esq.  **By ECF**
   *Attorney for Plaintiffs*