# WYLIE M. STECKLOW
## STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL:   (212) 566-8000
FAX:   (866) 566-7999
Wylie@sctlaw.nyc

February 13, 2017

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  <u>Ruffin et al v. The City Of New York et al</u>., 16-cv-01538-KAM-RLM
          <u>Davis v. The City Of New York et al</u>., 16-cv-01539-KAM-RLM

Dear Honorable Judge Mann:

    I write on consent of all parties to this litigation with respect to the February 14 status report letter. My partner, David Thompson, has been handling the discovery and related disputes in this matter. He is out of the office until February 15, 2017. By this letter, the parties jointly request that the February 14 status letter due date be extended until February 17, 2017.

    I make this request as I had hoped to meet and confer with ACC Jacobs after reviewing the discovery in the file. Unfortunately, due to other case obligations and a Civil Rights Update CLE I am organizing for Thursday February 16, 2017, at 500 Pearl Street, I am unable to get up to speed on discovery, and understand what is still necessary and submit the status letter by February 14. An extension to February 17, will allow Mr. Thompson to handle this upon his return to the office.

    It is most respectfully requested that this honorable court grant this modest extension.

                                                          **Respectfully submitted**

                                                                    --//s//--
                                                          Wylie M. Stecklow