ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: February 28, 2017  
START: 2:30 p.m.  
END: 3:20 pm

DOCKET NO: 16-CV-1538 / 16CV1539  
CASE: Ruffin v. City of New York, et al. / Davis v. City of N.Y.

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☑ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☑ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

PLAIN / ATTORNEY: David Thompson  
Re DE#24 in 16 CV 1538  
DE#25 in 16 CV 1539

DEF / ATTORNEY: Elissa Jacobs

☑ FACT DISCOVERY TO BE COMPLETED BY May 26, 2017  
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____  
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____  
☐ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For the reasons stated on the record, plaintiffs' February 17th motion is granted in part and denied in part. The City is directed to serve Rule 26(a) disclosures today, except that it shall have until March 14, 2017 to identify police officers on the scene for plaintiff Ruffin's arrest, and shall produce by March 2, 2017 pages missing from the City's previous production and the NYPD's policies or standards for the treatment of blind individuals. For materials in the possession of ICL, the Borden Avenue Veterans' Residence, or the security company utilized by them, plaintiffs should subpoena

those nonparties.

Defense counsel states that there is no searchable database for identifying claims, grievances or lawsuits against the City involving complaints that police officers failed to accommodate blind people. The Court will not require the City to search all lawsuits and claims in order to locate responsive materials. However, plaintiffs may seek discovery to test defense counsel's representation.

With defense counsel's consent, the date for amending the pleadings and adding new parties is extended to March 31, 2017. Fact discovery is extended to May 26, 2017. Requests for a premotion conference are due by June 5, 2017.