

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY  10007

Elissa B. Jacobs
*Special Federal Litigation*
(212) 356-3540
(212) 356-3509 (fax)
ejacobs@law.nyc.gov

May 16, 2017

**By ECF**
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:   Claude Ruffin, et ano., v. City of New York, et al.,
>           1:16-cv-1538-KAM-RLM
>           Henry Davis v. City of New York, et al.
>           1:15-cv-1539-KAM-RML

Your Honor:

   I am an Senior Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of The City of New York, representing the defendants in this action   I am writing in response to the Court's Order of May 12, 2017 regarding records from HRA.  I have been communicating with Jason Tuttle, Department of Homeless Services Record Office from the New York City Human Resources Administration.  Mr. Tuttle provided me with the necessary records today, and they will be provided to plaintiffs' counsel by the end of the day tomorrow, once I have had an opportunity to review them.  In accordance with Your Honor's Order, I will write to the Court to confirm that the records have indeed been produced.

>                                                   Respectfully submitted,

>                                                   /s

>                                                   Elissa B. Jacobs

cc:   David Thompson Esq.          **By ECF**
      *Attorney for Plaintiffs*